UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.:   2:26-cv-02607-SB-MAR | Date:   May 29, 2026 |
|---|---|

| Title:   Angel Ramos v. Navient Corporation et al. | |

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| Daniel Tamayo | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Daniel David McDonough Abraham<br>Patricia Solange Hilfinger-Pardo | Tyler Scott Lisea |

**Proceedings: (Minutes of)** Mandatory Scheduling Conference; Motion to Dismiss [13]; Motion to Remand [18]  **(Held and completed)**

The Court heard from the parties about the contents of their joint Rule 26(f) report.  A case management order will be issued separately.  No later than June 2, 2026, Defendants' lead counsel, David Piper, shall file a declaration explaining his failure to attend the mandatory scheduling conference or to seek leave to have non-lead counsel appear in his place.  *See* Dkt. No. 11 at 3 ("Lead counsel must attend the scheduling conference, unless excused by the Court for good cause shown in a declaration attached to the report.").  The Court will decide whether to issue an order to show cause re sanctions after reviewing the declaration.

The Court also heard argument from counsel on its tentative ruling on Defendants' motion to dismiss (Dkt. No. 13) and Plaintiff's motion to remand (Dkt. No. 18).  The Court took the matter under submission.

:20

CV-90 (12/02)                    **CIVIL MINUTES – GENERAL**                    Initials of Deputy Clerk DTA

1